### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHAD W. WHITEHEAD**

      **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL
SECURITY,**


      **Defendant.**

**Case No. 25-CV-01763-SPM**

## ORDER FOR ATTORNEY FEES

**McGLYNN, District Judge:**

This matter is before the Court on a Joint Motion to Award Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") filed by Plaintiff Chad W. Whitehead and Defendant Commissioner of Social Security. (*See* Doc. 29). The Parties move for entry of an agreed order granting Plaintiff Whitehead $6,400.00 for attorney fees and expenses in this case. (*See id.*).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney fees pursuant to the EAJA. The Court further finds that the amount sought is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in this matter pursuant to the EAJA, 28 U.S.C. § 2412. Per the Parties' agreement, this motion does not include Plaintiff's costs, and Plaintiff may file a separate bill of costs.

The Parties' Joint Motion for Award of Attorney Fees (Doc. 29) is **GRANTED**. The Court awards Plaintiff attorney fees and expenses in the amount of $6,400.00 (six thousand four hundred dollars and zero cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). However, any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United States shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment executed by Plaintiff. If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to **Cody Marvin** pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

> **Marvin & Associates, P.C.**
> **630 Davis Street, Suite 300**
> **Evanston, IL 60201**

**IT IS SO ORDERED.**

**DATED:  July 6, 2026**

**s/ *Stephen P. McGlynn***
**STEPHEN P. McGLYNN**
**U.S. District Judge**